IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:07CV160

| | |
|---|---|
| DAVID BLOCK and wife,<br>ANDREA BLOCK,<br>    Plaintiffs,<br><br>v.<br><br>ST. PAUL TRAVELERS INSURANCE COMPANY,<br>    Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME the parties by and through their undersigned attorneys, and pursuant to *Rule 41* of the Federal Rules of Civil Procedure, stipulate that the above-captioned action and any and all claims set forth therein be, and hereby are, dismissed with prejudice, each party to bear his, her, its or their own costs.

This the 16th day of July, 2008.

BY:   *s/James Gary Rowe*
James Gary Rowe, NC State Bar #3794
Attorney for Plaintiffs
Kelly & Rowe, P.A.
P. O. Box 2865
Asheville NC 28802
Phone: 828-251-9310
Fax: 828-251-9320
E-mail: kelly_rowe@bellsouth.net

*s/Robert M. Rubin*
Robert M. Rubin, Esq., NC Bar #22301
Attorneys for Defendant
Cranfill Sumner & Hartzog, LLP
P. O. Box 30787
Charlotte NC 28230
Phone: 704-332-8300
Facsimile: 704-332-9994
E-mail: rrubin@cshlaw.com